

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00579-CV

Joseph **FAZIO**,
Appellant

v.

**SOUTH TEXAS BLOOD AND TISSUE CENTER, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19475
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  May 1, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

This is an interlocutory appeal from a trial court's order denying appellant's special appearance. On January 9, 2013, appellant filed an unopposed motion to abate, advising this court that the parties had settled their claims and asking this court to abate the matter until April 20, 2013, to permit the parties to conclude the settlement proceedings. On January 11, 2013, we abated this matter, ordering the appeal abated until further order of the court, but requiring appellant to file, on or before February 11, 2013, a motion to dismiss or a document advising this court of the status of the settlement agreement. On February 8, 2013, appellant filed another

unopposed motion to abate, advising the court that the settlement would not be complete until April 20, 2013. We granted the motion and continued the abatement until further order of this court. We also ordered appellant to file, on or before April 20, 2013, a motion to dismiss the appeal or another status report. On April 19, 2013, appellant filed an unopposed motion to dismiss this appeal. We order the abatement lifted and grant the unopposed motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM